

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00842-CR

**IN RE** Gregory Brent **DAVIS**

Original Mandamus Proceeding[1]

**ORDER**

On December 4, 2019, relator filed a pro se petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 11, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR8462, styled *The State of Texas v. Gregory Brent Davis*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.